# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2014

## NO. 03-13-00346-CV

**Christopher Lee Phillips, Appellant**

**v.**

**SACHEM, Inc., Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on April 17, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.